IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENDALE STEWART,

    Plaintiff,

v.

ERIK K. SHINSEKI,
Secretary, Department of Veterans Affairs,
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION (EEOC) and AMERICAN
FEDERATION OF GOVERNMENT
EMPLOYEES UNION (AFGE),

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-337-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff's case against Erik K. Shinseki under the doctrine of claim preclusion; dismissing plaintiff's case against American Federation of Government Employees Union for lack of jurisdiction; and dismissing plaintiff's case against the Equal Employment Opportunity Commission for failure to state a claim upon which relief may be granted.

_Peter Oppeneer_        _6/21/12_
Peter Oppeneer, Clerk of Court      Date