IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GLENDALE STEWART,

                                                                      ORDER

                  Plaintiff,

                                                                    12-cv-337-bbc

      v.

ERIK K. SHINSEKI,
Secretary, Department of Veterans Affairs,
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
and AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

It has been drawn to the court's attention that the order in this case dated June 19, 2012, dkt. #9, contains a typographical error. The last sentence on page three should state, "Although plaintiff was not successful in federal court either, that does not mean he is now entitled to sue the EEOC for an undesirable result." In all other respects, the June 19 order remains unchanged.

Entered this 21st day of June, 2012.

                                            BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge